THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB COHEN, Appellant.— Motion denied. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.